IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | C.R. NO. H-03-389 |
| ANTOINE DESHAWN MANN | § | |

ORDER

The Court has separately approved the CJA20 application filed by Attorney Sharon Henderson Sanders, but has reduced the claim by approximately $4,100 in order to bring it into conformity with the largest amount allowed for any other appointed counsel who represented a defendant in a guilty plea in this case. Based upon the Court's in-depth knowledge of this case and the approximately 30 defendants that were named, and having carefully considered the claims for services and expenses rendered by all other appointed counsel, the Court finds that the claim for in-court services should be allowed as requested and that the reasonable and necessary fees for out-of-court services should not exceed $11,750. Accordingly, the total claim approved is for $12,434.

This decision is made with full respect for the attorney involved and is not a criticism of the services rendered, but simply an assessment of the time that reasonably should have been spent in connection with rendering those services under the facts of this case. The allowance is also made notwithstanding its late

filing. In this connection, the Court has reviewed counsel's explanation and believes that the application should have been made much earlier. Nonetheless, the Court prefers that counsel should be paid for services that were in fact rendered and, trusting that Ms. Sanders will timely file her future applications, this one will be approved by the undersigned and forwarded to the Fifth Circuit for its consideration.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED in Houston, Texas, this 28th day of November, 2006.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE